**STATE of Missouri, Respondent,**

v.

**Braulio Cipriano GOMEZ, Appellant.**

**No. WD 73920.**

Missouri Court of Appeals,
Western District.

Sept. 25, 2012.

Rosemary Percival, Kansas City, MO, for Appellant.

Evan Buchheim, Jefferson City, MO, for Respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Braulio Cipriano Gomez appeals the convictions and sentences for attempted first-degree robbery, second-degree murder, and two counts of armed criminal

action. Mr. Gomez claims that the trial court erred when it overruled an objection and allowed a law enforcement officer to testify that he "invoked" when the officer tried to speak with him.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).